Prob12B
(7/93)

# United States District Court
## for the Northern District of New York

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*



Name of Offender: Jamar Love                                  Case Number: 5:01CR00280-006

Name of Sentencing Judicial Officer: Honorable Norman A. Mordue, Chief U.S. District Judge

Date of Original Sentence: February 24, 2003

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base, 21 U.S.C. § 846

Original Sentence: 98 months incarceration, 4 yrs. supervised release

Type of Supervision: Supervised Release            Date Supervision Commenced: October 10, 2007

## PETITIONING THE COURT

[ ]  To extend the term of supervision for years, for a total term of years.
[X]  To modify the conditions of supervision as follows:

1. You shall serve 4 months in home detention, commencing on a date and under conditions to be set by the probation officer. Location and/or monitoring technology may be used to monitor your compliance. If such a system is used you shall pay all costs associated with the use of this system according to your ability to pay as determined by the probation officer.

2. You shall participate in a mental health program which shall include medical, psychological, or psychiatric evaluation and may include outpatient and/or inpatient treatment. The program shall be approved by the United States Probation Office.

3. You shall contribute to the cost of any evaluation, testing, treatment and/or monitoring services rendered in an amount to be determined by the probation officer based on your ability to pay and the availability of third party payments.

## CAUSE

Love has been on supervised release since October 10, 2007. On March 1, 2009, Love tested positive for marijuana. Love readily admitted to the marijuana use. Love previously tested positive for marijuana on November 21, 2008. At that time he was sanctioned with 50 hours of community service, which he has completed. He also completed a month long marijuana educational group.

Love has been employed with the City of Syracuse Parks and Recreation Department since his release and had no violations or problems on supervision prior to November 2008. He has custody of his 10 year old son and supports his 8 month old son. He reports for all appointments and drug testing as directed.

Prob 12B                                    - 2 -                        Request for Modifying the
                                                                      Conditions or Terms of Supervision
                                                                           with Consent of the Offender

As a sanction for the most recent positive drug test, we are recommending modification of Love's conditions to include home detention. Love has expressed difficulty with coping with stress and relationships, and although he does not offer it as an excuse, he admits he resorted to the marijuana use as a result. He readily admits he has used very poor judgement and recognizes he has a lot to lose as a result of his drug use. We also recommend modification of his conditions to include mental health counseling.

The offender is in agreement with these modifications and has signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Supervision, which is enclosed. If the Court concurs, Probation Form 12b needs to be signed and both Probation Forms 49 and 12b needs to be filed with the Court Clerk's Office.

Respectfully submitted,

MATTHEW L. BROWN
Chief U.S. Probation Officer

Approved by: _____  by: _____
LORI ALBRIGHT                              REBECCA L. DOYLE
Supervising U.S. Probation Officer         U.S. Probation Officer
                                           Date: 03/10/2009

**THE COURT ORDERS**
[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

March 18, 2009
Date